IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02750-MEH

BELMA JAZVIN,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 10, 2015**.

    The Unopposed Motion for Withdrawal of Counsel filed by Kirsten Westerland [filed July 10, 2015; docket #21] is **granted**. Ms. Westerland's representation of the Defendant in this case is terminated. Defendant will continue to be represented by Christina Valerio and J. Benedict Garcia.