IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02750-MEH

BELMA JAZVIN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on October 30, 2015, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Belma Jazvin.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this  30th  day of October, 2015.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/S. Libid
                S. Libid, Deputy Clerk